UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

ARTHUR W BRUEMMER III,
Debtor.
_____/

CHAPTER 13
CASE NO. 11-50999-SWR
JUDGE STEVEN W RHODES

### TRUSTEE'S OBJECTION TO DEBTOR'S EX PARTE MOTION REQUESTING EXTENSION FOR THE FILING OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, COMPENSATION STATEMENT OF ATTORNEY, MEANS TEST AND CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to the debtor's motion as follows:

1. Trustee objects to debtor's failure to comply with E. D. Mich. LBR 9006-1(a)(1) as debtor's counsel failed to contact the Chapter 13 Trustee's office to obtain the concurrence of the Trustee prior to filing the original motion on May 2, 2011.

2. Trustee objects as debtor's motion fails to provide a proposed order.

3. Trustee objects as the 2016(b) Statement should be filed with the Petition, not with the remaining documents.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny the relief requested.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

May 4, 2011        /s/ Maria Gotsis
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

ARTHUR W BRUEMMER III,
Debtor.
_____/

CHAPTER 13
CASE NO. 11-50999-SWR
JUDGE STEVEN W RHODES

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTION TO DEBTOR'S EX PARTE MOTION REQUESTING EXTENSION FOR THE FILING OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, COMPENSATION STATEMENT OF ATTORNEY, MEANS TEST AND CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

LYNN OSBORNE ESQ
1218 N CAPITOL AVE
LANSING MI 48906

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

ARTHUR W BRUEMMER III
408 S BOWEN
JACKSON, MI   49203-0000

May 5, 2011

/s/ Barbara A. Ecclestone
Barbara A. Ecclestone
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street
1100 Dime Building
Detroit, MI  48226
313/962-5035
notice@det13ksc.com