UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

ARTHUR W. BRUEMMER, III,

Debtor.

408 South Bowen
Jackson, MI 49203
XXX-XX-2380

_____/

Case No. 11-50999-SWR
Honorable STEVEN W. RHODES
Chapter 13

## OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC

Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtor ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on April 18, 2011.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $12,846.39 (plus interest, fees and costs) and in possession of the following: 2010 Ford F150 (VIN: 1FTFW1EV2AFD09857) (Acct. No.: 8945) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was purchased on a Retail Installment Sale Contract (the "Contract").

4. The Proposed Plan cannot be confirmed for the following reasons:

(a) Debtor's Proposed Plan fails to sufficiently treat Ford's claim. The Plan only states "Not in Plan."

(b) As an oversecured creditor, Ford is entitled to its attorney fees and costs pursuant to 11 U.S.C. 506(b).

(c) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

(i) The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a) (4).

1

WHEREFORE, Ford Motor Credit Company LLC requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

By: /s/
MICHAEL P. HOGAN, ESQ. (P63074)
CRAIG B. RULE, ESQ. (P67005)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: May 10, 2011